UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| ) | 7:01 CR 27 BO-1 |
| **ANTHONY ANDREWS,** ) | |
| ) | |

THIS CAUSE comes before the Court pursuant to the Defendant's motion to withdraw as counsel of record. After considering the Defendant's motion, and the uncontested nature of the Defendant's request, the Court concludes that the Defendant's motion should be granted.

The Court **THEREFORE ORDERS:**

1. That Todd A. Smith is hereby allowed to withdraw as counsel of record in the above styled case, and

2. That Mr. Andrews will be allowed to proceed as his own attorney in this matter.

This is the 22 day of January, 2018.

Honorable Terrence W. Boyle
United States District Court Judge