FILED: September 2, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-6135
(7:01-cr-00027-BO-1)

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

v.

JOHN DOE,

      Defendant - Appellant.

O R D E R

Upon consideration of John Doe's petition for rehearing and rehearing en banc, we grant the petition for panel rehearing and vacate our prior opinion. We grant Doe's motion to proceed by a pseudonym and deny his motions to seal his informal brief, to appoint counsel, and to schedule oral argument.

For the Court

/s/ Patricia S. Connor, Clerk