IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:01-CR-00027-M

UNITED STATES OF AMERICA,

    Plaintiff,

v().

ANTHONY ANDREWS,

    Defendant.

ORDER

This matter comes before the court on a pro se "Motion for Video Conference Hearing" filed by Defendant [DE 509]. The court is under no obligation to consider documents filed pro se by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Accordingly, the motion is DENIED WITHOUT PREJUDICE to a request made by Defendant's counsel on his behalf.

SO ORDERED this 14th day of February, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE